THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JESSE CAMPOS, JR., Defendant-Appellant.

(No. 58856; ▮▮▮▮▮▮▮▮▮

First District (3rd Division)—December 20, 1973.

PER CURIAM.

McGLOON, J., took no part.

Paul Bradley, Deputy Defender, of Chicago (Robert E. Davison, Assistant Appellate Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Linda West Conley, Assistant State's Attorneys, of counsel), for the People.

M.F.M. CORPORATION, Plaintiff-Appellant, *v.* PATRICK J. CULLERTON *et al.,* Defendants-Appellees.

(No. 58877; ▮▮▮▮▮▮▮▮▮

First District (3rd Division)—December 20, 1973.

*Rehearing denied February 14, 1974.*